On petition for review filed November 21, 2001, petition for review allowed; decision of Court of Appeals reversed, order of circuit court affirmed, and case remanded to circuit court for further proceedings February 22, 2002

STATE OF OREGON,
*Respondent on Review,*

*v.*

SEIKOH SAYEN MANIVONG,
*Petitioner on Review.*

(CC 960947154; CA A99652; SC S49038)

40 P3d 505

Kimi Nam, Deputy Public Defender, Salem, filed the petition for petitioner on review. With her on the petition was David E. Groom, Acting Executive Director of the Office of Public Defense Services.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Durham, Leeson, Riggs, and Balmer, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is reversed. *State v. Fugate*, 332 Or 195, 26 P3d 802 (2001). The order of the circuit court is affirmed, and the case is remanded to the circuit court for further proceedings.

---

** De Muniz, J., did not participate in the consideration or decision of this case.